**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
David G. Murphy, Esq.
Ethan R. Buttner, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel. (609) 987-0050
Fax (609) 951-0824

*Attorneys for Defendants*
*Boscov's, Inc., Boscov's Department Store, LLC, and Jim Boscov*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW POLITI, on behalf of himself and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BOSCOV'S, INC., BOSCOV'S DEPARTMENT STORE, LLC, and JIM BOSCOV; <br><br> Defendants. | Case No.: 22-cv-1616-MCA-ESK <br><br> *DOCUMENT ELECTRONICALLY FILED* <br><br> **DEFENDANTS BOSCOV'S, INC., AND BOSCOV'S DEPARTMENT STORE, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record hereby certifies that: (1) Boscov's Department Store, LLC is a wholly-owned subsidiary of Boscov's, Inc. and Boscov's PSI, Inc.; (2) Boscov's PSI, Inc. is a wholly-owned subsidiary of Boscov's, Inc.; (3) Boscov's,

- 2 -

Inc. has no parent corporation, and no publicly held corporation owns 10% or more of Boscov's, Inc.'s stock.

Dated: April 11, 2022                                **REED SMITH LLP**


                                                      *s/Diane A. Bettino*
                                                      Diane A. Bettino, Esq.