# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDREW POLITI**, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BOSCOV'S, INC., BOSCOV'S DEPARTMENT STORE, LLC;** and **JIM BOSCOV**,<br><br>Defendants. | Case No. 2:22-cv-01616-MCA-SDA<br><br>Judge Madeline Cox Arleo<br><br>Magistrate Judge Stacey D. Adams<br><br>Removed From:<br>Superior Court of New Jersey<br>Middlesex County: Law Division<br>Case No. MID-L-000805-22<br><br>**Return Date: August 18, 2025** |

## NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Andrew Politi hereby moves for an order granting preliminary approval of the proposed settlement class and related relief. The motion is returnable on the August 18, 2025 motion day.

Plaintiff will rely on the enclosed brief and Declaration of Javier L. Merino, Esq. in support of this motion. A copy of Plaintiff's proposed Order is attached hereto.

Respectfully submitted,

**THE DANN LAW FIRM, PC**

<u>/s/ Javier L. Merino</u>
Javier L. Merino, Esq. (#078112014)
Andrew R. Wolf, Esq. (#018621995)
825 Georges Road, 2nd Floor
North Brunswick, NJ 08902
(216) 373-0539 – TELEPHONE
(216) 373-0536 – FAX
*Attorneys for Plaintiff and*
*others similarly situated*

Dated:   July 15, 2025