**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANDREW POLITI**, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BOSCOV'S, INC., BOSCOV'S DEPARTMENT STORE, LLC;** and **JIM BOSCOV,**<br><br>Defendants. | **Civil Action No.** 2:22-cv-01616-MCA-SDA<br><br><br>[PROPOSED] ORDER ENTERING FINAL JUDGMENT AND DISMISSING ACTION WITH PREJUDICE |

**WHEREAS,** on April 20, 2026, the Honorable Stacey D. Adams, U.S.M.J., conducted a Final Approval Hearing, and for the reasons set forth on the record, entered an Order Granting Final Approval of the Class Action Settlement on April 22, 2026 (ECF No. 90), between Plaintiff Andrew Politi ("Plaintiff") and Defendants Boscov's, Inc. and Boscov's Department Store, LLC (collectively, "Defendants");

**WHEREAS,** for the reasons set forth on the record on April 20, 2026, the Magistrate Judge also entered an Order Granting Attorneys' Fees, Reimbursement of Expenses, and a Class Representative Service Award on April 22, 2026 (ECF No. 89);

**WHEREAS,** pursuant to District of New Jersey Local Civil Rule 72.1(a), the Parties consented to the jurisdiction of Magistrate Judge Adams for the purpose of

preliminary and final approval of the Settlement, but did not consent to the Magistrate Judge's jurisdiction for all purposes in this matter;

**WHEREAS**, the formal dismissal of this action with prejudice and the entry of final judgment is appropriately entered by the assigned District Judge;

**WHEREAS**, unless otherwise defined in this Order, the terms used herein shall have the same meanings as set forth in the Settlement Agreement and in Magistrate Judge Adams's Order Granting Final Approval of Class Action Settlement (ECF No. 90);

**NOW, THEREFORE, IT IS on this** ___ **day of** _____, **2026, HEREBY ORDERED THAT:**

1.    The Court acknowledges and adopts the findings and rulings of Magistrate Judge Adams set forth in the Order Granting Final Approval of Class Action Settlement (ECF No. 90), entered on April 22, 2026, including the approval of the Settlement Agreement as fair, reasonable, and adequate, the certification of the Settlement Class, the appointment of Class Counsel, and the appointment of the Settlement Class Representative.

2.    The Court further acknowledges and adopts the findings and rulings of Magistrate Judge Adams set forth in the Order Granting Attorneys' Fees, Reimbursement of Expenses, and Class Representative Service Award (ECF No. 89), entered on April 22, 2026, including the award of attorneys' fees and costs in the

2

amount of $170,000.00 and a service award of $12,500 to the Settlement Class Representative.

3.      Without affecting the finality of this judgment, the Court retains continuing and exclusive jurisdiction over all matters relating to the administration, consummation, enforcement, and interpretation of the Settlement Agreement and of this Final Approval Order and Judgment, to protect and effectuate this Final Approval Order and Judgment, and for any other necessary purpose.

4.      By reason of the Settlement, and there being no just reason for delay, the Court hereby enters final judgment in this matter and all claims alleged are dismissed with prejudice as to the Plaintiff, all members of the Settlement Class, and the Defendants and Released Parties.

5.      It is further adjudged that the Plaintiff as Settlement Class Representative, on behalf of himself and members of the Settlement Class, shall be deemed conclusively to have compromised, settled, discharged, dismissed, and released any and all rights, claims, or causes of action against Released Parties as provided for in the Settlement Agreement.

6.      The Clerk of the Court is respectfully directed to close this case

**IT IS SO ORDERED.**

Hon. Madeline C. Arleo, U.S.D.J.

4